USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRAN VUPPALA,

    Plaintiff,

vs.

RON DORFF NY LLC, a New York limited liability company, d/b/a RON DORFF NEW YORK STORE SOHO, and GUNTHER BUILDING 1873, CORP., a New York corporation,

    Defendants.
_____/

CASE NO: 1:23-cv-00580-MKV

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL

COME NOW, Plaintiff, KIRAN VUPPALA, and Defendants, RON DORFF NY LLC, a New York limited liability company, d/b/a RON DORFF NEW YORK STORE SOHO, and GUNTHER BUILDING 1873, CORP., a New York corporation, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 3rd day of February, 2024.

By: _____
B. Bradley Weitz, Esq.
The Weitz Law Firm, P.A.
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: bbw@weitzfirm.com
Attorney for Plaintiff

By: _____
Matthew Scott, Esq.
Sedhom Law Group, PLLC
630 Fifth Avenue, Suite 2508
New York, NY 10111
Telephone: (212) 664-1600
Email: mscott@bespokelawfirm.com
Attorneys for Ron Dorff NY LLC

By: *Barry G. Margolis*
Barry G. Margolis, Esq.
Abrams Garfinkel Margolis Bergson, LLP
1430 Broadway, 8th Floor
New York, NY 10018
Telephone: (212) 201-1174
Facsimile: (212)-937-3330
Email: bmargolis@agmblaw.com
Attorneys for Gunther Building 1873, Corp.

**SO ORDERED:**

_____
Hon. Mary Kay Vyskocil, U.S.D.J.

Date: 2/7/2024